**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Samuel Idaris Hernandez Oliva,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-06640-PHX-JCH

**ORDER**

Before the Court is Petitioner Samuel Idaris Hernandez Oliva's Motion for Failure to Execute Order (Doc. 10).

On September 25, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus in part and ordered Respondents to provide Petitioner a bond redetermination hearing within seven days or release him from custody under the same conditions that existed before his detention. Doc. 7. The Court also directed Respondents to file a notice of compliance within three days of providing the hearing or releasing Petitioner. *Id.*

On October 1, 2026, Respondents filed a Notice of Compliance stating that Petitioner received a bond redetermination hearing on September 30, 2026, at which the immigration judge denied bond. Doc. 9.

Petitioner now alleges that the immigration judge improperly denied bond based on flight risk and violated his due process rights. Doc. 10 at 1–2. He further contends that Respondents failed to file a notice of compliance and requests sanctions for their alleged failure to comply with the Court's order. *Id.*

The motion does not establish noncompliance with the Court's September 25 order. Respondents were required to provide a bond redetermination hearing within seven days or release Petitioner. Doc. 7. Respondents provided the hearing on September 30, 2026, and timely filed their Notice of Compliance on October 1, 2026. Doc. 9. The Court did not order Respondents to grant bond or release Petitioner following an adverse bond determination.

To the extent Petitioner challenges the immigration judge's application of the governing legal standards or the constitutionality of the bond determination, those issues fall outside the scope of the relief granted in the Court's September 25 order. Petitioner has not established that Respondents failed to comply with that order, and sanctions are therefore unwarranted. This ruling does not address the merits of any independent challenge to the September 30 bond determination.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Failure to Execute Order (Doc. 10) is **DENIED**.

Dated this 19th day of October, 2026.

John C. Hinderaker
United States District Judge